# EXHIBIT "C"



(10)

DEPARTMENT OF HEALTH, EDUCATION, AND WELFARE
PUBLIC HEALTH SERVICE
FOOD AND DRUG ADMINISTRATION
WASHINGTON, D.C. 20204

April 10, 1979

Mr. David B. Daugherty, President
Zink & Triest Company, Inc.
P.O. Box 321
Montgomeryville, Pa. 18936

Dear Mr. Daugherty:

This is in reply to your letter of 3/16/79 concerning the use of
a flavor blend (other natural flavors) in category I ice cream.

The definition and standard of identity for ice cream (21 CFR
135.110) as it pertains to the designation of flavors in the
identity statement for this food was established long before
the development of the general flavor regulations published under
21 CFR 101.22. Consequently, the labeling requirements for the
declaration of flavors in the name of ice cream are specifically
provided for by the standard and is separate and apart from the
general flavor regulations. Therefore, the standard for ice
cream does not provide for the label designation of "With other
flavors" (WONF).

A product identified as "Vanilla Ice Cream" is subject to the
category I ice cream requirements and, therefore, must contain
only the characterizing flavor derived from vanilla beans.

We hope this information is helpful.

Sincerely yours,

J. L. Summers
Assistant to the Director
Division of Regulatory Guidance
Bureau of Foods