United States District Court
Eastern District of New York

1:19-cv-06551-MKB-PK

Lorenzo Benites, individually and on behalf
of all others similarly situated,

                    Plaintiff,

          - against -

Notice of Voluntary Dismissal

7-Eleven, Inc.,

                    Defendant

          Plaintiff gives notice this action is voluntarily dismissed with prejudice. Fed. R. Civ. P.

41(a)(1)(A)(i).

Dated:   February 19, 2020

                              Respectfully submitted,

                              Sheehan & Associates, P.C.

                              /s/Spencer Sheehan
                              Spencer Sheehan
                              505 Northern Blvd Ste 311
                              Great Neck NY 11021-5101
                              Tel: (516) 303-0552
                              Fax: (516) 234-7800
                              spencer@spencersheehan.com
                              E.D.N.Y. # SS-8533
                              S.D.N.Y. # SS-2056

1:19-cv-06551-MKB-PK
United States District Court
Eastern District of New York

Lorenzo Benites, individually and on behalf of all others similarly situated,

Plaintiff,

- against -

7-Eleven, Inc.,

Defendant

## Notice of Voluntary Dismissal

```
Sheehan & Associates, P.C.
505 Northern Blvd Ste 311
Great Neck NY 11021-5101
    Tel: (516) 303-0552
    Fax: (516) 234-7800
```

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information, and belief, formed after an inquiry reasonable under the circumstances, the contentions contained in the annexed documents are not frivolous.

Dated:  February 19, 2020

/s/ Spencer Sheehan
Spencer Sheehan

Certificate of Service

I certify that on February 19, 2020, I served or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email |
|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ |
| Plaintiff's Counsel | ☐ | ☐ | ☒ |

/s/ Spencer Sheehan
Spencer Sheehan